**01–203.   Manigault v. Ford Motor Co.**

Cuyahoga App. No. 73147. Discretionary appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On motion to consolidate with 00–2299, *Manigault v. Ford Motor Co.*, Cuyahoga App. No. 73147. Motion granted.